# PD-1205-15

IN THE

## COURT OF CRIMINAL APPEALS OF TEXAS

GREGARY A. TURNER

VS.

THE STATE OF TEXAS

BRIEF NO: 02-13-00487-CR

TRIAL CASE NO: 1343101-R

### APPELLANTS PRO-SE MOTION FOR COURT APPOINTED COUNSEL FOR INDIGENT APPELLANT IN FILING PETITION FOR DISCRETIONARY REVIEW

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 15 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW RESPECTFULLY GREGARY A. TURNER SR. PETITIONER PRO-SE IN THE ABOVE STYLED AND NUMBERED CAUSE WHOM PROCEEDING IN PRO-SE FILES AND SUBMIT'S THIS MOTION FOR COURT APPOINTED COUNSEL IN FILING PETITION FOR DISCRETIONARY REVIEW AND IN SUPPORT THE PETITIONER WILL SHOW:

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

I

THAT THE APPELLANT IS INDIGENT AND WAS APPOINTED COUNSEL IN BOTH DISTRICT COURT CASE AND ON APPEAL. AND DEFENDANT/APPELLANT HAD NO SAY IN WHAT WOULD BE USED IN EITHER CAUSE AND PETITIONER lost IN TARRANT COUNTY COURTS, BOTH DISTRICT COURT AND APPEALS.

II

THE PETITIONER lack THE LEGAL SKILLS AND SOPHISTICATION TO UNDUE THE INCOMPETENT REPRESENTATION RENDERED TO THE DEFENDANT AND THE APPELLANT, IN BOTH DISTRICT COURT CAUSE AND APPEALS CAUSE.

III

THE PETITIONER KNOWS THAT HIS ATTORNEY'S VIOLATED HIS DUE PROCESS RIGHTS IN BOTH DISTRICT COURT CAUSE AND APPEALS. BYE Allowing All MEMBERS OF DEFENDANT RACE TO BE STRUCK FROM JURY PANEL, NOT CROSS EXAMINING STATE WITNESS AND suppersion OF EVIDENCE FAVORABLE TO THE DEFENSE AMONG OTHER violation IN DISTRICT COURT CASE. THAT APPEAL ATTORNEY FAILED TO RAISE CONSTITUTION claims ON APPEAL. THATS INCOMPETENT COUNSEL.

## IV

THE APPELLANT FEELS AND KNOW THAT THE COURT OF CRIMINAL APPEAL WILL DEAL WITH THE PETITIONER FAIRLY AND JUSTLY IN THIS LEGAL CAUSE AND WILL REVIEW REQUEST BEFORE MAKING A DECISION.

WHEREFORE THE PETITIONER PRAYS THAT THE HONORABLE COURT OF CRIMINAL APPEALS WILL GRANT THE INDIGENT PETITIONER MOTION FOR COURT APPOINTED COUNSEL IN FILING PETITION FOR DISCRETIONARY REVIEW.

RESPECTFULLY SUBMITED

ON THIS THE 4TH DAY OF SEP. 2015

*Gregory a. Turner Sr.*
GREGARY A. TURNER SR.
0805233
100 N. LAMAR ST.
FT. WORTH
TEXAS
76196

## ORDER

CAME ON THIS THE _____ DAY OF _____ 2015 PETITIONER MOTION FOR COURT APPOINTED COUNSEL FOR INDIGENT PETITIONER IN FILING PETITION FOR DISCRETIONARY REVIEW HAVING BEEN PRESENTED TO THE COURT AND THE COURT HAVING CONSIDERED SAID MOTION AND HEARBY GRANTS/DENIED AND ORDERS AS FOLLOWS:

_____
HONORABLE JUDGE PRESIDING

## CONFLICT OF INTEREST

ATTORNEY AT LAW J. WARREN ST JOHN THE APPELLANT'S APPEALS ATTORNEY AND TIM MOORE THE DEFENDANT'S DISTRICT COURT ATTORNEY WORKED TOGETHER DURING THE TIME THAT ATTORNEY ST JOHN WAS PREPARING APPELLANT APPEALS BRIEF CREATING A CONFLICT OF INTEREST A CONFLICT EXIST WHEN COUNSEL PLACES HIMSELF IN A POSITION CONDUCIVE TO DIVIDED LOYALTYS. UNDER THE U.S. CONSTITUTION 5TH AMEND AND TEXAS CONST. SEC.1, ART 10 DEFENDANT HAS A CONSTITUTIONAL RIGHT TO COUNSEL THAT IS FREE FROM ANY CONFLICT OF INTEREST. IN THIS CASE THE DEFENDANT'S DISTRICT COURT ATTORNEY TIM MOORE APPELLANT'S APPEALS ATTORNEY J. WARREN ST JOHN WORKED AS COCOUNSEL FOR THE DEFENSE IN THE AMERICAN SNIPER CASE. THIS ALL TOOK PLACE DURING THE SAME TIME FRAME THAT APPEALS ATTORNEY J. WARREN ST. JOHN WAS APPOINTED TO REPRESENT AND FILE APPELLANT BRIEF ATTORNEY ST JOHN JOB IS AND WAS TO MASTER THE TRIAL TRANSCRIPT AND TO FIND ERRORS THAT OR TO BE ADVANCED ON **APPEALS** CASE WHILE AT SAME TIME WORKING AND PREPARING A LEGAL DEFENSE WITH APPELLANT FORMER DISTRICT COURT ATTORNEY TIM-MOORE THE FACT IS THIS PARTNERSHIP CREATED A POSTION CONDUCTIVE TO DIVIDED LOYALTY'S AND A CONFLICT OF INTEREST THE FACT THAT APPELLANT'S FORMER DISTRICT COURT ATTORNEY TIM-MOORE AND APPEAL ATTORNEY J. WARREN ST. JOHN COCOUNSEL IN THE AMERICAN SNIPER CASE DURING THE SAME TIME FRAME AS APPELLANT'S APPEAL BRIEF WAS BEING PREPARED BY ATTORNEY J. WARREN ST JOHN IS INHERENTLY UNFAIR AND UNDERMINES THE INTEGRITY OF THE JUDICIAL SYSTEM AND DEPRIVED THE APPELLANT TO THE RIGHT OF EFFECTIVE ASSISTANCE OF COUNSEL.

STATE BAR RULE ART 10.59 RULE 1.06 UNDIVIDED LOYALTY

STATE OF TEXAS
EDDIE VS. RAY ROUTH OUT OF WISE CO. TEXAS
BOTH ATTORNEY WORKED THIS CASE

## Verification of Unsworn Declaration

I, **GREGARY TURNER**, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #**0805233**, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Declaration of Conflict and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this **4TH** day of **SEPT**, 20**15**.

_Gregary a. Turner sr_
[Defendant's Name], Defendant Pro Se
CID #**0805233** DOB**10**/**16**/**58**
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

## Certificate of Service

I, **G.A.T**, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Tim Curry by mailing via first-class mail to JOE SHANNON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this **4TH** day of **SEPT**, 20**15**.

_Gregary a. Turner sr_
[Defendant's Name], Defendant Pro Se
CID #**0805233** DOB**10**/**16**/**58**
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954